# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH E. DAVIS, | ) | No. EDCV 00-534 VAP (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GEORGE M. GALAZA (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 28, 2010

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

1